# Exhibit 7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* TINA D. GROAT,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON HEART DIAGNOSTICS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) **CASE NO. : 1:15-cv-00487 (RBW)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Relator's Motion for Judicial Notice, filed on February 17, 2017, it is this ____ day of _____, 2017: **ORDERED** that Relator's motion is **GRANTED** for the reasons set forth therein.

**SO ORDERED.**

 

HON. REGGIE B. WALTON
U.S. District Court for the District of Columbia