**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF CONNECTICUT, THE STATE OF COLORADO, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MICHIGAN, THE STATE OF MINNESOTA, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE COMMONWEALTH OF VIRGINIA, THE STATE OF WASHINGTON, THE STATE OF WISCONSIN and DISTRICT OF COLUMBIA *ex rel.* TINA D. GROAT, M.D., M.B.A., <br><br>        Plaintiffs, <br><br>        v. <br><br> BOSTON HEART DIAGNOSTICS CORPORATION, <br><br>        Defendant. | Case No. 1:15-cv-00487 (RBW) |

**BOSTON HEART DIAGNOSTICS CORPORATION'S**
**FINAL ASSENTED TO MOTION TO CONTINUE TIME**
**TO ANSWER SECOND AMENDED COMPLAINT**

Boston Heart Diagnostics Corporation ("Boston Heart") respectfully requests—with the Government and Relator's assent—that this Court continue by twenty (20) days, until April 29, 2019, the deadline by which Boston Heart must answer Relator's Second Amended Complaint. A settlement of this action has been reached, and we expect execution no later than Monday, April 8, 2019.  Boston Heart requests the twenty-day extension to afford the parties time to effectuate the settlement and then file an appropriate stipulation of dismissal with this Court.

The Court has previously granted the following requests for extensions of time on consent of all parties: (1) Relator's request for an extension of time to file her response to Boston Heart's motion to dismiss and a corresponding extension of time for Boston Heart to file its reply (Dkt. 49); and (2) seven extensions of Boston Heart's time to respond to the Second Amended Complaint while the parties engaged in further motion practice and settlement discussions (Dkts. 55, 71, 72, 74, 78, 80, 81).

This request is in the interests of justice and judicial economy, and a continuance will not prejudice any party to this action.  Granting this extension will not impact any other deadlines in this case because the Court has not entered a scheduling order in this case and it is now resolved.

## LCvR 7(m) STATEMENT

Pursuant to LCvR 7(m), counsel for Boston Heart communicated with Relator's counsel regarding this Motion to Continue.  Relator's counsel indicated that they assent to this Motion. In addition, counsel for Boston Heart communicated with attorneys for the United States regarding this Motion, and the United States indicated that it does not object.

Dated:  April 5, 2019

Respectfully submitted,

BOSTON HEART DIAGNOSTICS
CORPORATION

By its attorneys,

/s/ Wendy H. Schwartz

Wendy H. Schwartz (*admitted pro hac vice)*
M. Tomas Murphy (*admitted pro hac vice*)
BINDER & SCHWARTZ LLP
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
wschwartz@binderschwartz.com
tmurphy@binderschwartz.com

Hope S. Foster (D.C. Bar No. 182998)
Karen S. Lovitch (D.C. Bar No. 452966)
Laurence J. Freedman (D.C. Bar No. 423099)
MINTZ LEVIN COHN FERRIS GLOVSKY
   AND POPEO, P.C.
701 Pennsylvania Ave. N.W., Suite 900
Washington, DC 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
HSFoster@mintz.com
KSLovitch@mintz.com
LJFreedman@mintz.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 5, 2019, I caused a true and correct copy of the foregoing document to be served on all parties via the Court's ECF system.

/s/ Wendy H. Schwartz
Wendy H. Schwartz