UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, <u>et al.</u>, | ) ) ) | |
| <u>ex rel.</u> TINA D. GROAT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 15-487 (RBW) |
| BOSTON HEART DIAGNOSTICS CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

On April 26, 2019, the parties in this case filed notices with the Court voluntarily dismissing or stipulating to the dismissal of their claims.  See Relator's Notice of Voluntary Dismissal of State Claims, ECF No. 83; Joint Stipulation of Dismissal, ECF No. 84; Joint Stipulation of Dismissal, ECF No. 85.  On May 8, 2019, the Court ordered "the parties [to] submit to the Court a proposed Order identifying the claims the plaintiffs/relator seek to have the Court dismiss, indicating whether the claims should be dismissed with prejudice or without prejudice, and indicating whether this case should be closed upon the Court's dismissal of the claims at issue."  Min. Order (May 8, 2019).  The parties timely filed a joint response to the Court's Order on May 13, 2019.  See Joint Response to the Court's Order Dated May 8, 2019 at 1, ECF No. 86.  Upon consideration of the parties' joint response, it is hereby

**ORDERED** that all claims asserted in this case are **DISMISSED**.  The claims are dismissed as follows:

1. With prejudice as to plaintiff/relator Tina D. Groat;

2. With prejudice to the United States as to the Covered Conduct defined in recitals paragraphs D and E of the Settlement Agreement among the United States, plaintiff/relator Tina D. Groat, and Boston Heart Diagnostics Corporation, and without prejudice to the United States as to all other claims or alleged conduct;

3. With prejudice to North Carolina as to the Covered Conduct defined in paragraph II.E of the State Settlement Agreement between North Carolina and Boston Heart Diagnostics Corporation, and without prejudice to North Carolina as to all other claims or alleged conduct; and

4. Without prejudice to California, Connecticut, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, and the District of Columbia.

It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 23rd day of May, 2019.

REGGIE B. WALTON
United States District Judge